# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-CR-0359-JRH-BKE-1 |
| | ) | |
| JAMIE CEJA | ) | |

## ORDER

This matter comes before the Court on the government's motion pursuant to 18 U.S.C. §§ 3613(a) and 3664(n) requesting the Court to enter an Order authorizing the Bureau of Prisons to turn over to the Clerk of the Court $3,058.85 of the funds held in the inmate trust account for the Defendant Jamie Ceja as payment for the criminal monetary penalties imposed in this case. (Doc. no. 112.) On June 23, 2015, a copy of the motion was mailed to the Defendant. The Defendant has filed no response. As set forth in the government's motion, the Bureau of Prisons maintains in its possession, custody, or control approximately $6,962.50 in funds belonging to the Defendant that are currently in the Defendant's trust account. The Court concludes that cause exists to grant the motion and, therefore, it is hereby:

ORDERED that the Government's Motion to Authorize Payment from Inmate Trust Account (doc. no. 112) is GRANTED; and it is further

ORDERED that the Bureau of Prisons is authorized to turnover to the Clerk of Court $3,058.85 of the funds currently held in the trust account for the following inmate:

Jamie Ceja
Register No. 47682-198
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

The Clerk of Court shall accept said funds and shall apply said funds as payment in

satisfaction of the criminal monetary penalties owed by the Defendant in this case.

ORDER ENTERED at Augusta, Georgia, this 27th day of July, 2015.

_____
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia

2