UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-CR-359 |
| | ) | |
| JAMIE CEJA | ) | |

## ORDER TO SEAL

Based upon the motion of the Government to seal pursuant to S.D. Ga. Loc. Crim. R. 49.1, and for good cause shown therein, it is hereby ORDERED:

That Government's Exhibit 1 attached to the Government's response to Defendant's Motion for Compassionate Release be sealed until further Order by this Court, upon consideration of the factors set forth in Fed. R. Crim. Pro. 49.1 and 6(e).

That Government's Exhibit 1 attached to the Government's response to Defendant's Motion for Compassionate Release, remain sealed in their entirety until circumstances warrant unsealing the documents, specifically (1) a party filing a motion to unseal and the Government's response, if any such motion is filed, or (2) the Court otherwise orders the documents unsealed upon consideration of the factors set forth in 18 U.S.C. § 2705(a)(2) (as referenced by 18 U.S.C. § 3103a(b)(1)) or other factors under law.  LR Crim 49.1(b)(1)(D).

1

The access and use of the sealed materials is limited to the Court and the parties listed above.

So ORDERED, this 29th day of December 2025.

_____
J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA