IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA    *

     v.      *     CR 111-359

JAMIE CEJA    *

**O R D E R**

At present, Defendant Jamie Ceja complains that the Bureau of Prisons ("BOP") has not properly credited him with the time he spent in federal custody from October 3, 2011, to February 12, 2013. (Doc. 187.) The Government has not filed a timely response, but the Court has no need for one. A judicial challenge to the BOP's length of sentence determination must be brought under 28 U.S.C. § 2241 in the district of the defendant's confinement. See Rumsfield v. Padilla, 542 U.S. 426, 447 (2004) ("Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement."); Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1991). Here, Defendant is incarcerated in the Central District of California. Accordingly, this Court is without authority to consider Defendant's motion. The Clerk is therefore directed to **TERMINATE** Defendant's motion for credit for time served (doc. 187) and his motion to extend time to file a response (doc. 188).

ORDER ENTERED at Augusta, Georgia, this ____4th____ day of June, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA